# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| CHARLES W. OUTLAW, III, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-341 (MTT) |
| MR. SPECKS, DR. AKUWANNE, and NURSE GRIFFIN, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles.  (Doc. 8).  After screening the Complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommends dismissing the Plaintiff's claims regarding his injections and crushed medications because he does not allege a causal connection to the Defendants, and these claims do not rise to an Eighth Amendment violation.  The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court.  The claims regarding the Plaintiff's injections and crushed medications are **DISMISSED**.  The remaining claims against the Defendants shall proceed.

**SO ORDERED**, this the 24th day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT