IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CHARLES W. OUTLAW, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:11-CV-341 (MTT) |
| | ) | |
| VERNON SPEIGHT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

This case is before the Court on the Recommendation (Doc. 28) of United States Magistrate Judge Stephen Hyles on Defendants Vernon Speight, Ike Akunwanne and Vanessa Griffeth's Motion for Summary Judgment (Doc. 23). The Magistrate Judge recommends granting the Motion because the Plaintiff failed to create a genuine issue of material fact with regard to his claims against any of the above-named Defendants. The Plaintiff did not file a response to the Motion or an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. Therefore, Defendants Vernon Speight, Ike Akunwanne and Vanessa Griffeth's Motion for Summary Judgment (Doc. 23) is **GRANTED**. This case is **DISMISSED**.

**SO ORDERED**, this the 7th day of September, 2012.

                                            <u>S/ Marc T. Treadwell</u>
                                            MARC T. TREADWELL, JUDGE
                                            UNITED STATES DISTRICT COURT

Case 5:11-cv-00341-MTT   Document 30   Filed 09/07/12   Page 2 of 2